IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBERT ANDRE,**
**#A08-707-2518,**

    Petitioner,

vs.                                         Case No. 4:11cv461-SPM/WCS

**ERIC H. HOLDER, et al.,**

    Respondents.

_____/

## ORDER and REPORT AND RECOMMENDATION

Petitioner, proceeding *pro se*, initiated this case by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on September 14, 2011. Doc. 1. Petitioner alleged that he had been in detention for nine months awaiting removal to his native country of St. Lucia. *Id.*, at 1. Petitioner stated he was not challenging the validity of the removal order, only a period of indefinite detention under Zadvydas v. Davis, 533 U.S. 678 (2001). *Id.,* at 2. Petitioner contends Respondents are unable to effect his removal, yet refuse to release him. *Id.*, at 2.

Service was directed, doc. 3, and Respondents have filed a motion to dismiss. Doc. 10. Respondents assert the petition is moot because Petitioner "was released

from the custody of Immigration and Customs Enforcement (KICE) on October 13, 2011." Doc. 10. Petitioner was released on an order of supervision pending his removal from the United States. *Id.,* at 2. Respondents have submitted a copy of the Order of Supervision and Release Notification, showing that it was signed by Petitioner on October 13, 2011. Doc. 10, ex. 1. Therefore, because Petitioner has essentially been afforded the relief sought, release from detention, this § 2241 petition should now be dismissed as moot.

    The motion to dismiss, doc. 10, contains a certificate of service which indicates the document was provided to Petitioner at his "forwarding address" which was attached to the motion to dismiss. The Clerk of Court will be directed to forward this report and recommendation to Petitioner. However, it is noted that when service was directed, Petitioner was ordered to "file a notice of change of address with this Court should he be released from custody . . . ." Doc. 3. Petitioner has not done so as of this date, so it may be assumed that Petitioner has abandoned this litigation since he was granted the relief he sought in the petition.

**ORDER**

Accordingly, it is **ORDERED** that the Clerk of Court shall forward this ORDER and REPORT AND RECOMMENDATION to Petitioner at 388 Lefferts Avenue, Brooklyn, New York 11225.

**REPORT AND RECOMMENDATION**

In light of the uncontested assertion by Respondent, and the apparent abandonment of this case by Petitioner, it is respectfully **RECOMMENDED** that the § 2241 petition filed by Petitioner Robert Andre be **DISMISSED as moot** since it appears he has been released from detention and granted the relief sought in the petition.

**IN CHAMBERS** at Tallahassee, Florida, on November 21, 2011.

     s/   William C. Sherrill, Jr.
WILLIAM C. SHERRILL, JR.
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**