IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT ANDRE,
#a08-707-2518,

      Petitioner,

v.                                              CASE NO. 4:11cv461-SPM/WCS

ERIC H. HOLDER, et al.,

      Respondents.

_____/

## **ORDER**

      THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated November 21, 2011 (doc. 11). Petitioner has been released from detention and has not filed any objections to the dismissal of his petition as moot. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

      1.    The magistrate judge's report and recommendation (doc. 11) is ADOPTED and incorporated by reference in this order.

      2.    The 2241 petition for writ of habeas corpus is dismissed as moot because Petitioner has already been released from detention, the relief

requested in the petition.

DONE AND ORDERED this 29th day of December, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge